No. 78–765. MICHIGAN v. CONNER. Ct. App. Mich. Certiorari denied.

No. 78–861. GLASSCOCK v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 78–1111. SIELAFF ET AL. v. DREW ET AL. C. A. 7th Cir. Certiorari denied.

No. 78–1176. EXXON CORP. ET AL. v. FEDERAL TRADE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–1184. BOTELER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 78–1226. OTTERBEIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–1239. SAFIR v. BLACKWELL, ASSISTANT SECRETARY OF COMMERCE, ET AL.; and

No. 78–1311. SAFIR v. AMERICAN EXPORT LINES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–1258. SCHLANGER v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–1259. SHREEVES v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–1265. VILLANUEVA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied.

No. 78–1287. AMERICAN MARITIME ASSN. v. BLUMENTHAL, SECRETARY OF THE TREASURY, ET AL. C. A. D. C. Cir. Certiorari denied.